IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KILI MAYFIELD, | § | |
| | § | |
| Defendant Below, | § | No. 475, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1806010081, |
| | § | 1807016528, 1807016545 (N) |
| Appellee. | § | |

Submitted: June 6, 2025
Decided: July 17, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record below, we find it evident that the judgment should be affirmed on the basis of the Superior Court's order dated October 28, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice